UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **20-1652**

Caption [use short title]

Motion for: **Ineffective Assistance- correct sentence (28 U.S.C. § 2255)**

**WALKER V. UNITED STATES**

Set forth below precise, complete statement of relief sought:

**Mr. Walker seeks to be resentenced without the weapons enhancement. He also requires prosecutor not to mention weapons enhancement as stated in plea agreement.**

MOVING PARTY: **Jerold Walker**    OPPOSING PARTY: **United States of America**

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: _____   OPPOSING ATTORNEY: **Tiffany H. Lee**
[name of attorney, with firm, address, phone number and e-mail]

**United States Attorney's Office for the Western District of New York.**

**100 State Street, Rochester, NY 14614.**

Court-Judge/Agency appealed from: **Judge: David G. Larimer/ WDNY (ROCHESTER)**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☒ No (explain): **First time filing Appeal, and proceeding Pro se.**

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested? ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No If yes, enter date: _____

Signature of Moving Attorney:
_Jerold Walker_ Date: **Nov. 30th, 2020** Service by: ☐ CM/ECF ☒ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 20-1652

Motion for: Certificate of Appealability

Caption [use short title]

Walker vs. United States of America

Set forth below precise, complete statement of relief sought:

Removal of Allegations And unsupported enhancements in PSR. And Resentencing in front of A different Judge

RECEIVED 2020 JUN 25 AM 8:32 U.S. COURT OF APPEALS

MOVING PARTY: Jerold Walker    OPPOSING PARTY: United States of America

[ ] Plaintiff   [ ] Defendant
[✓] Appellant/Petitioner   [ ] Appellee/Respondent

MOVING ATTORNEY: _____    OPPOSING ATTORNEY: Tiffany H. Lee

[name of attorney, with firm, address, phone number and e-mail]

U.S. Penitentiary Thomson        Federal Center
P.O. Box 1002                    138 Delaware Avenue
Thomson, IL. 61285               Buffalo, New York 14202

Court- Judge/ Agency appealed from: David Larimer United States Dist. Court Western Dist of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes  [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✓] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✓] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?  [ ] Yes [ ] No
Has this relief been previously sought in this court?  [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [✓] Yes  [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

Signature of Moving Attorney:
Jerold L. Walker   Date: 6/18/20   Service by: [ ] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)



QUAD CITIES IL P&DF
22 JUN 2020 PM

USM 40LD
SDNY

Clerks Office
United States Court of Appeals
United States Courthouse
Foley Square
New York, NY. 10007

INMATE NAME Jerold L. Walker
REGISTER NUMBER 23809-055
ADMINISTRATIVE UNITED STATES PENITENTIARY
P.O. BOX 1002
THOMSON, IL 61285

# UNITED STATES DISTRICT COURT
for the
__WESTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA, )
_____, )
)
Plaintiff )
)
v. )
) Case No. __18-CV-6334__
__WALKER_____, ) APPEAL CASE NO. __20-1652__
)
Defendant )
)

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

RECEIVED 2020 DEC -8 PM 12:37 U.S. COURT OF APPEALS CLERK'S OFFICE

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _Jerold Walker_ | Date: __November 30, 2020__ |

My issues on appeal are: __Counsel failed to contest the prosecutor's breach of the plea agreement. The prosecutor actively sought a weapons enhancement, when it stated in the plea agreement that it would not seek any other enhancements.__

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): | $ | $ | $ | $ |
| **Total monthly income:** | $ | $ | $ 0 | $ |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0 |
| | | | $ |
| | | | $ |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ 0 |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 0

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Bureau of Prisons | Inmate Account | $ $2.00 | $ NA |
| | | $ | $ |
| | | $ | $ |

*If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 | |
| N/A | N/A | Make and year: | N/A |
| | | Model: | |
| | | Registration #: | |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: | N/A | N/A |
| Model: | | |
| Registration #: | | |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A | $ 0 | $ N/A |
| | $ | $ |
| | $ | $ |
| | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |
| | | |
| | | |

Rev. 12.1.2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ N/A | $ |
| Food | $ 200.00 | $ |
| Clothing | $ 75.00 | $ |
| Laundry and dry-cleaning | $ 15.00 | $ |
| Medical and dental expenses | $ 4.00 | $ |
| Transportation (not including motor vehicle payments) | $ N/A | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 20.00 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ N/A | $ N/A |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ N/A | $ N/A |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ 314.00 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   ☐ Yes  ☒ No    If yes, describe on an attached sheet.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☒ No

    *If yes, how much?* $

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I have been incarcerated for approximately six (6) years.

12. *State the city and state of your legal residence* Rochester, New York

    *Your daytime phone number:* n/a

    *Your age:* 43  *Your years of schooling:* G.E.D

Rev. 12.1.2018

ROCHESTER NY 144
3 DEC 2020 PM 2 L

Clerks Office
U.S. Court of Appeals
U.S. Court House
Foley Square
New York, N.Y. 10007

Federal Correctional Institution McKean
Name: Brod Walker
Reg. #: 23309-055
P.O. Box 8000
Bradford, PA 16701

Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

Ineffective Assistance of Counsel At Sentencing:

Petitioner's counsel did not object when the sentencing court adopted the PSR, without supporting facts and over petitioners objections, then relied on disputed PSR to sentence petitioner, instead of the relevant conduct agreed upon in the plea agreement. Counsel for petitioner stated that these objections would be "moot" if the court sentenced petitioner within the guideline range. There was a binding plea, and the only enhancement in that plea was for maintaining a premises for manufacturing. The added enhancements contained in the PSR, along with other unsupported allegations, follow petitioner throughout the sentence in the B.O.P. and is used by the B.O.P. for placement, security and program participation and completion. This shows that petitioners counsel was ineffective at sentencing.



Provide a statement that identifies the relevant facts and makes a showing of likely merit as to each issue you intend to present on appeal. See Local Rule 24.1

BREACH of PLEA AGREEMENT by GOVERNMENT:

The gov.'s statement in its sentencing submission on 5/12/17, pertaining to the alleged possession of weapons by petitioner (Gov.'s Ex #3, lines 7-10) during the conspiracy is clearly an argument for a weapons enhancement. There was no weapons enhancement in the plea agreement. Petitioner objected to various parts of the PSR. There was no agreement by petitioner and no factual evidence presented by Gov. to support these allegations in the PSR which was adopted by the court over the objections by the petitioner. The same allegations in the same PSR. which was relied on at sentencing on where the sentence should be. Without reference to a single fact supporting the act, could have served no purpose other than to call District courts attention to the possibility of a weapons enhancement, in effect, to argue for that enhancement contained in the PSR. The PSR is used by the BOP on where to house petitioner as well as the eligibility of certain programs. In this case, RDAP and it's benifits upon completion. Petitioner is house in a United States Pen. for a non-violent drug conspiracy and has been for the last 3 years.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Jerold Walker

v.

United States of America

**CERTIFICATE OF SERVICE***

Docket Number: 20-1652

I, Jerold Walker (print name), hereby certify under penalty of perjury that on June 18th 2020 (date), I served a copy of Acknowledgement And Notice, motion formation statement, Decision & Order, Petitioner's statement of facts (list all documents)

by (select all applicable)**

___ Personal Delivery     ✓ United States Mail     ___ Federal Express or other Overnight Courier

___ Commercial Carrier     ✓ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Clerk's office | Foley Square | New York | N.Y. | 10007 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

June 18th 2020
Today's Date

_____
Signature

Certificate of Service Form (Last Revised 12/2015)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

WALKER

CERTIFICATE OF SERVICE*

Docket Number: **20-1652**

v.

UNITED STATES OF AMERICA

I, **Jerold Walker**, hereby certify under penalty of perjury that
(print name)

on **November 30, 2020**, I served a copy of ~~Motion for Certificate of Appealability~~ and
(date)

**motion to proceed in forma pauperis**

(list all documents)

by (select all applicable)**

___ Personal Delivery      **X** United States Mail      ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Tiffany H. Lee (USA), | 100 State Street, | Rochester, | NY | 14614 |
| Clerk of Court | U.S. Dist. Court U.S. Courthouse | Roch. | NY. | 14614 |
| Clerk's Office | U.S. Court of Appeals Foley Square | New York | NY. | 10007 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**November 30, 2020**                                       *Jerold Walker*
Today's Date                                                Signature

Certificate of Service Form (Last Revised 12/2015)



ROCHESTER NY 144
3 DEC 2020 PM 2 L

Clerks Office
U.S. Court of Appeals
U.S. Court House
Foley Square
New York, N.Y. 10007

Federal Correctional Institution McKean
Name: Brod Walker
Reg. #: 23309-055
P.O. Box 8000
Bradford, PA 16701

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

WALKER

**CERTIFICATE OF SERVICE***

Docket Number: **20-1652**

v.

UNITED STATES OF AMERICA

I, **Jerold Walker**, hereby certify under penalty of perjury that
(print name)
on **November 30, 2020**, I served a copy of *Motion for Certificate of Appealability* and
(date)
**motion to proceed in forma pauperis**
(list all documents)

by (select all applicable)**

___ Personal Delivery       **X** United States Mail       ___ Federal Express or other Overnight Courier

___ Commercial Carrier      ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Tiffany H. Lee (USA) | 100 State Street | Rochester | NY | 14614 |
| Clerk of Court U.S. Dist. Court | U.S. Courthouse | Roch. | NY | 14614 |
| Clerk's Office, U.S. Court of Appeals | Foley Square | New York | NY | 10007 |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

**November 30, 2020**                                    *Jerold Walker*
Today's Date                                              Signature

Certificate of Service Form (Last Revised 12/2015)